The First National Bank of Brownsville, Texas, Respondent, v. Lida M. Fleitmann, as Administratrix, etc., Appellant.— Order affirmed, with ten

dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

